

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 12, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-12-00145-CV
         Trial Court Case Number:    D-1-GN-11-001924

Style:    Houston Independent School District and Michael Williams, Successor to Robert Scott,
        Commissioner of Education
        v. Reginald Simpson

Dear Honorable Velva L. Price:

    The Third Court of Appeals has issued the mandate in this cause. Therefore, I am returning the following original exhibits:

    Joint Exhibit 1 (1 box of administrative record).

Very truly yours,

Jeffrey D. Kyle, Clerk

**Filed in The District Court
of Travis County, Texas**

**MAR 1 2 2015**

At_____M.
**Velva L. Price, District Clerk**